May 20, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00036-CV

TEXAS COMMISSION ON ENVIRONMENTAL QUALITY AND MAX
MIDSTREAM, LLC, Appellants

V.

SAN ANTONIO BAY ESTUARINE WATERKEEPER, TEXAS CAMPAIGN
FOR THE ENVIRONMENT, AND S. DIANE WILSON, Appellees

This Court today heard a motion for rehearing filed by Appellees, San Antonio Bay Estuarine Waterkeeper, Texas Campaign for the Environment, and S. Diane Wilson. We order the motion be denied, and that the Court's former judgment of February 27, 2025 be vacated, set aside, and annulled. We further order this Court's opinion of February 27, 2025, withdrawn.

This cause, an appeal from the judgment in favor of appellees, San Antonio Bay Estuarine Waterkeeper, Texas Campaign for the Environment, and S. Diane Wilson, signed, November 30, 2023, was heard on the appellate record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that the order of the Texas Commission on Environmental Quality is affirmed.

We further order that all costs incurred by reason of this appeal be paid by appellees, San Antonio Bay Estuarine Waterkeeper, Texas Campaign for The Environment, and S. Diane Wilson.

We further order this decision certified below for observance.

Judgment Rendered May 20, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Justice Farris.

# Fifteenth Court of Appeals

AUSTIN, TEXAS 78701

## RECORDS RETENTION SCHEDULE IN CIVIL CASES

(Secretary to complete entire top portion at time opinion is delivered – have signed by authoring judge)

CASE NO.: 15-24-00036-CV

DATE CASE FILED: 8/29/2024

STYLE: **Texas Commission on Environmental Quality and Max Midstream, LLC v. San Antonio Bay Estuarine Waterkeeper, Texas Campaign for The Environment, and S. Diane Wilson**

COUNTY: Travis

DESCRIPTION/SUBJECT OF CASE: Administrative law

PANEL: SB, SF, AF

AUTHOR: Justice Farris

PER CURIAM: NO

OPINION ISSUED**:** May 22, 2025

OPINION DECISION: REVERSED AND RENDERED

RECOMMEND: DESTROY: YES HISTORICAL: NO

COMMENTS:

SIGNED: _____

DATE: _____

————————————**FOR CLERK'S USE ONLY**————————————

MANDATE ISSUED: _____

LETTER TO STATE ARCHIVES (date): _____

COMMENTS: _____

————————————**FOR CLERK'S USE ONLY**————————————

(Dispose of 6 years after final disposition)

DATE DESTROYED: _____

DATE SENT TO STATE ARCHIVES FOR PERMANENT RETENTION: